EDMUND G. WALTON v. COMMONWEALTH TITLE INSURANCE & TRUST COMPANY.[1]

August 1, 1902.

Nos. 12,992, 12,993—(152).

Separate appeals by plaintiff (as assignee of Lake Harriet Residence Park Improvement Company) and defendant from a judgment of the district court for Hennepin county, in favor of plaintiff for $968, entered pursuant to the findings and order of Brooks, J. Reversed, on appeal of defendant.

[1] Reported in 91 N. W. 1125.

*Smith & Smith,* for plaintiff.
*Davis, Kellogg & Severance,* for defendant.

PER CURIAM.

This case depends upon facts precisely similar to those disposed of in Farnsworth Loan & Realty Co. v. Commonwealth Title Ins. & Trust Co., supra, page 179, which is here followed.

Order reversed, to follow that case.